IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ANGELA D. SINGLETON,**

    **Plaintiff,**

v.                                    Case No. 4:13cv391-MW/CAS

**GAYE EUTSEY DEAN,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

This Court has considered, without hearing, the Magistrate's Report and Recommendation. ECF No. 16. Upon consideration, no objection having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "Plaintiff's motion for default judgment, ECF No. 13, is **DENIED**. Plaintiff's Complaint, ECF No. 1, is **DISMISSED sua sponte** for failure to state a claim for copyright infringement."

1

The Clerk shall close the file.

**SO ORDERED on January 6, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
